## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 13, 2013

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

          Re:  Case No. 12-5951, *Shem Malmquist, et al v. Metropolitan Government of Nas, et al*
                Originating Case No. : 3:10-cv-01014

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                          Sincerely yours,

                                          s/Roy G. Ford
                                          Case Manager
                                          Direct Dial No. 513-564-7016

cc:  Mr. Robert M. Burns
      Ms. Allison L. Bussell
      Mr. Jerry A. Gonzalez
      Mr. Christopher Michael Lackey

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 12-5951

_____

Filed: November 13, 2013

SHEM MALMQUIST; MEREDITH MALMQUIST

    Plaintiffs - Appellants

v.

METROPOLITAN GOVERNMENT OF NASHVILLE & DAVIDSON COUNTY; GERMANTOWN, TENNESSEE

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 10/22/2013 the mandate for this case hereby issues today.

COSTS: None